**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RANDY K. BRENNER,           :
                                :
             Plaintiff,        :    CIVIL ACTION
                                :
    v.                      :    No. 09-cv-1574
                                :
CONSOLIDATED RAIL CORPORATION   :
and CSX TRANSPORTATION, INC.,    :
                                :
             Defendants.      :

<u>**ORDER**</u>

      AND NOW, this   26th   day of August, 2009, upon consideration of Defendant's Motion to Transfer Venue (Doc. No. 10), and responses thereto, for the reasons set forth in the attached Memorandum, it is hereby ORDERED that the Motion is DENIED.

                          BY THE COURT:

                          <u>s/J. Curtis Joyner</u>

                          J. CURTIS JOYNER, J.